UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| HARLEY ORR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CV-07-51-B-W |
| v. | ) | |
| | ) | |
| JAMES D. JULIA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed June 27, 2008, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Defendants' Motion for Summary Judgment (Docket # 23) be and hereby is GRANTED IN PART and DENIED IN PART as set forth in the Magistrate Judge's Recommended Decision.

It is further ORDERED that the Plaintiff's Motion for Summary Judgment (Docket # 31) be and hereby is DENIED.

Finally, it is ORDERED that the Motion for Oral Argument (Docket # 48) is hereby DISMISSED AS MOOT.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 26th day of August, 2008